**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| EUNICE LAMBERT, on behalf of FELICIA LAMBERT, Deceased, and as Administrator of the Estate of Felicia Lambert,<br><br>                         Plaintiff,<br><br>     v.<br><br>JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; CARDINAL HEALTH, INC. and JOHN DOE NOS. 1–10<br><br>                         Defendants. | Case No. 1:23-cv-01542 |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Defendants, Kendall Patient Recovery U.S., LLC ("KPR") and Cardinal Health, Inc. ("Cardinal Health"), Martin Russo, Mark Legarda, Mark Barnes, and Nancy Livingston, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, N.D. Ga., hereby submit the following Certificate of Interested Persons and Corporate Disclosure Statement:

1

(1)	The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

| | |
|---|---|
| For Plaintiff: | **Eunice Lambert, on behalf of decedent Felicia Lambert** |
| For Defendants: | **Jay E. Johnson** |
| | **Mark Legardo** |
| | **Martin Russo** |
| | **Matthew East** |
| | **Doug Bondar** |
| | **Mark Barnes** |
| | **Nancy Livingston** |
| | **Kendall Patient Recovery U.S., LLC** |
| | **Cardinal Health, Inc., defendant and owner of InnerDyne Holdings, Inc.** |
| | **InnerDyne Holdings, Inc., owner of KPR** |

(2)	The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially

affected by the outcome of this particular case:

**None.**

(3) The undersigned further certifies that the following is a full and complete list of all other persons serving as attorneys for the parties in this proceeding:

    For Plaintiff:      **Darren W. Penn, Penn Law LLC**

                                   **William L. Ballard, Penn Law LLC**

                                   **John D. Hadden, Penn Law LLC**

                                   **Alexandra "Sachi" Cole, Penn Law LLC**

                                   **Kevin M. Ketner, Penn Law LLC**

For Defendants KPR, Cardinal, Mark Legarda, Martin, Russo, Mark Barnes, and Nancy Livingston:

                                   **Matthew D. Thurlow, Baker & Hostetler LLP**

                                   **S. Derek Bauer, Baker & Hostetler LLP**

                                   **William Ezzell, Baker & Hostetler LLP**

                                   **Georgia L. Bennett, Baker & Hostetler LLP**

For Defendant Jay Johnson:

                                   **Mike Taylor, Hull Barrett**

                                   **Liese Lynch, Hull Barrett**

For Defendants Matthew East and Doug Bondar:

>**Brent Hatcher, Jr., Smith Gilliam Williams & Miles**
>
>**Burns Marlow, Smith Gilliam Williams & Miles**

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

>**Mark Legarda – Georgia**
>
>**Martin Russo – Florida**
>
>**Mark Barnes – Georgia**
>
>**Nancy Livingston – Georgia**
>
>**KPR – Ohio**
>
>**Cardinal – Ohio**

*Signatures on following page*

Respectfully submitted, this 13th day of April, 2023.

/s/ William Ezzell

S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
William D. Ezzell
Georgia Bar No. 297641
wezzell@bakerlaw.com
Georgia L. Bennett
Georgia Bar No. 495910
gbennett@bakerlaw.com
**BAKER & HOSTETLER, LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone:  404-256-8425

Matthew D. Thurlow
*(Pro Hac Vice Forthcoming)*
mthurlow@bakerlaw.com
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue NW, Suite 1100
Washington, DC 20036
Telephone:  202-861-1681

*Counsel for Defendants Kendall Patient Recovery U.S., LLC, Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, Nancy Livingston, and John Doe Nos. 1-10*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

This 13th day of April, 2023.

*/s/ William Ezzell*
Georgia Bar No. 297641

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing to be electronically filed with the Court using CM/ECF and electronic mail, addressed as follows:

| | |
|---|---|
| Darren W. Penn<br>William L. Ballard<br>John D. Hadden<br>Alexandra "Sachi" Cole<br>Kevin M. Ketner<br>**Penn Law LLC**<br>4200 Northside Parkway, NW<br>Building One, Suite 100<br>Atlanta, Georgia 30327<br>darren@pennlawgroup.com<br>bill@pennlawgroup.com<br>john@pennlawgroup.com<br>sachi@pennlawgroup.com<br>kevin@pennlawgroup.com | Mike Taylor<br>Liese Lynch<br>**Hull Barrett**<br>801 Broad Street, 7th Floor<br>Augusta, Georgia 30901<br>mtaylor@hullbarret.com<br>llynch@hullbarrett.com |

This 13th day of April, 2023.

                                                   */s/ William Ezzell*
                                                   Georgia Bar No. 297641