UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EUNICE LAMBERT, on behalf of Felicia Lambert, Deceased, and as administrator of the estate of Felicia Lambert<br><br>Plaintiff,<br><br>v.<br><br>JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; CARDINAL HEALTH, INC. and JOHN DOE NOS. 1–10<br><br>Defendants. | Case No. 1:23-cv-01542<br>Honorable Eleanor L. Ross |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION TO RESPOND TO COMPLAINTS**

Defendants Kendall Patient Recovery U.S., LLC, Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, Nancy Livingston, and Jay E. Johnson ("Defendants")[1] respectfully move for an extension to respond to Plaintiffs' complaints (Doc. 1-1) in the consolidated action.[2] As fully set forth in the following memorandum, Defendants seek an extension until fourteen (14) days after resolution of the pending motion to transfer venue (Doc. 7) and motion to remand (Doc. 18). Defendants' current deadline to respond to most of the complaints is May 18.

---

[1] Defendants Doug Bondar and Matthew East join in the Motion.

[2] The following cases are consolidated under this action. (Doc. 34.)

| | | |
|---|---|---|
| 1:23-cv-01542-ELR | 1:23-cv-01563-MHC | 1:23-cv-01569-TWT |
| 1:23-cv-01548-MHC | 1:23-cv-01564-ELR | 1:23-cv-01571-AT |
| 1:23-cv-01553-MHC | 1:23-cv-01565-MLB | 1:23-cv-01572-SCJ |
| 1:23-cv-01555-VMC | 1:23-cv-01566-JPB | 1:23-cv-01573-LMM |
| 1:23-cv-01557-TWT | 1:23-cv-01568-SEG | 1:23-cv-01574-MHC |
| 1:23-cv-01562-LMM | | |

Respectfully submitted, this 5th day of May, 2023,

/s/ Matthew D. Thurlow

S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
William D. Ezzell
Georgia Bar No. 297641
wezzell@bakerlaw.com
Georgia L. Bennett
Georgia Bar No. 495910
gbennett@bakerlaw.com
BAKER & HOSTETLER, LLP
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: 404-256-8425

Matthew D. Thurlow
Admitted *Pro Hac Vice*
mthurlow@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue NW, Suite 1100
Washington, DC 20036
Telephone: 202-861-1681

*Counsel for Defendants
Kendall Patient Recovery U.S., LLC,
Cardinal Health, Inc., Jay E. Johnson,
Mark Legarda, Martin Russo, Mark
Barnes and Nancy Livingston*

2

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

This 5th day of May, 2023.

                                        */s/ Matthew D. Thurlow*
                                        BAKER & HOSTETLER LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing to be electronically filed with the Court using CM/ECF, which automatically serves all counsel of record.

Darren W. Penn
William L. Ballard
John D. Hadden
Alexandra "Sachi" Cole
Kevin M. Ketner
**Penn Law LLC**
4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, Georgia 30327
darren@pennlawgroup.com
bill@pennlawgroup.com
john@pennlawgroup.com
sachi@pennlawgroup.com
kevin@pennlawgroup.com

Mike Taylor
Liese Lynch
**Hull Barrett**
801 Broad Street, 7th Floor
Augusta, Georgia 30901
mtaylor@hullbarret.com
llynch@hullbarrett.com

R. Brent Hatcher Jr.
T. Burns Marlow
**Smith, Gilliam, Williams & Miles, P.A**.
P.O. Box 1098
Gainesville, GA 30503
bhatcher@sgwmfirm.com
bmarlow@sgwmfirm.com

This 5th day of May, 2023.

*/s/ Matthew D. Thurlow*
BAKER & HOSTETLER LLP