UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EUNICE LAMBERT, on behalf of Felicia Lambert, Deceased, and as administrator of the estate of Felicia Lambert<br><br>Plaintiff,<br><br>v.<br><br>JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; CARDINAL HEALTH, INC. and JOHN DOE NOS. 1–10<br><br>Defendants. | Case No. 1:23-cv-01542<br>Honorable Eleanor L. Ross |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION TO RESPOND TO COMPLAINTS**

Having considered Defendants Kendall Patient Recovery U.S., LLC, Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, Nancy Livingston, and Jay E. Johnson (joined by Defendants Doug Bondar and Matthew East)'s unopposed motion for an extension to respond to Plaintiffs' complaints in the consolidated action[1], and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED, and the deadline to respond to Plaintiffs' complaints is EXTENDED until fourteen (14) days after resolution of the pending motion to transfer and motion to remand.

Dated: _____

_____
HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] The following cases are consolidated under this action. (Doc. 34.)

| | | |
|---|---|---|
| 1:23-cv-01542-ELR | 1:23-cv-01563-MHC | 1:23-cv-01569-TWT |
| 1:23-cv-01548-MHC | 1:23-cv-01564-ELR | 1:23-cv-01571-AT |
| 1:23-cv-01553-MHC | 1:23-cv-01565-MLB | 1:23-cv-01572-SCJ |
| 1:23-cv-01555-VMC | 1:23-cv-01566-JPB | 1:23-cv-01573-LMM |
| 1:23-cv-01557-TWT | 1:23-cv-01568-SEG | 1:23-cv-01574-MHC |
| 1:23-cv-01562-LMM | | |