IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EUNICE LAMBERT, on Behalf of FELICIA LAMBERT, Deceased, and as Administrator of the Estate of FELICIA LAMBERT, | ) ) ) ) ) | Lead Case No.: 1:23-cv-01542-ELR |
| | ) ) ) ) ) | Consolidated Case Nos.: 1:23-cv-01548-MHC 1:23-cv-01553-MHC 1:23-cv-01557-TWT |
| Plaintiff, v. | ) ) ) ) ) ) | 1:23-cv-01562-LMM 1:23-cv-01563-MHC 1:23-cv-01566-JPB |
| JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; CARDINAL HEALTH INC. and JOHN DOE NOS. 1-10, | ) ) ) ) ) ) ) ) ) | 1:23-cv-01568-SEG 1:23-cv-01571-AT 1:23-cv-01564-ELR 1:23-cv-01555-VMC 1:23-cv-01565-MLB 1:23-cv-01569-TWT 1:23-cv-01572-SCJ 1:23-cv-01573-LMM |
| Defendants. | ) | 1:23-cv-01574-MHC |

**ENTRY OF APPEARANCE**

Notice is hereby given that HANNAH E. SBAITY, an attorney in good standing with the State Bar of Georgia, hereby enters her appearance in this matter on behalf of the Plaintiff. Please direct and serve all notices and copies of pleadings and other material relevant to this action upon her as indicated below, along with current counsel of record.

Respectfully submitted this 7th day of July, 2023.

**PENN LAW LLC**

*/s/ Hannah E. Sbaity*
DARREN W. PENN
Georgia Bar No. 636584
darren@pennlawgroup.com
JOHN D. HADDEN
Georgia Bar No. 141317
john@pennlawgroup.com
ALEXANDRA "SACHI" COLE
Georgia Bar No. 696892
sachi@pennlawgroup.com
KEVIN M. KETNER
Georgia Bar No. 418233
kevin@pennlawgroup.com
HANNAH E. SBAITY
Georgia Bar No. 368945
hannah@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100      ***Attorneys for Plaintiffs***
Atlanta, Georgia 30327
Phone/Fax: (404) 961-7655

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1C**

In accordance with the Local Rules of this Court, this ENTRY OF APPEARANCE was prepared using Book Antiqua 13-point type.

**CERTIFICATE OF SERVICE**

I hereby certify I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

S. Derek Bauer
Willam D. Ezzell
Georgia L. Bennett
Baker & Hostetler, LLP
1170 Peachtree Street
Suite 2400
Atlanta, Georgia 30309
dbauer@bakerlaw.com
wezzell@bakerlaw.com
gbennett@bakerlaw.com
*Attorneys for Kendall Patient Recovery US, LLC and Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, and Nancy Livingston*

Mike Taylor
Liese Lynch
Hull Barrett
801 Broad Street, 7th Floor
Augusta, Georgia 30901
mtaylor@hullbarrett.com
llynch@hullbarrett.com
*Attorneys for Jay Johnson*

R. Brent Hatcher, Jr.
T. Burns Marlow
Smith Gilliam Williams & Miles
340 Jesse Jewell Parkway, S.E., Ste. 300 Gainesville, Georgia 30501
bhatcher@sgwmfirm.com
bmarlow@sgwmfirm.com
*Attorneys for Matthew East and Doug Bondar*

This 7th day of July, 2023.

        **PENN LAW LLC**

        */s/ Hannah E. Sbaity*
        DARREN W. PENN
        Georgia Bar No. 636584
        Darren@pennlawgroup.com
        WILLIAM L. BALLARD
        Georgia Bar No. 035625
        bill@pennlawgroup.com
        JOHN D. HADDEN
        Georgia Bar No. 141317
        john@pennlawgroup.com
        ALEXANDRA "SACHI" COLE
        Georgia Bar No. 696892
        Sachi@pennlawgroup.com
        KEVIN M. KETNER
        Georgia Bar No. 418233
        Kevin@pennlawgroup.com
        HANNAH E. SBAITY
        Georgia Bar No. 368945
        hannah@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, Georgia 30327
Phone/Fax: (404) 961-7655