**EXHIBIT 1**

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

### CERTIFICATE OF AUTHORITY

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Kendall Patient Recovery U.S., LLC**

a **Foreign Limited Liability Company**

has been duly formed under the laws of **Delaware** and has filed an application meeting the requirements of Georgia law to transact business as a **Foreign Limited Liability Company** in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above **Foreign Limited Liability Company** is hereby granted, on **06/23/2017**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta

and the State of Georgia on 07/07/2017



Brian P. Kemp
Secretary of State



**OFFICE OF SECRETARY OF STATE**
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

## APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOR FOREIGN LIMITED LIABILITY COMPANY

**IMPORTANT:** Please provide the entity's primary email address when completing this form.

Primary Email Address: rs.corporatesecretary@medtronic.com

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

| | |
|---|---|
| 1. | Kendall Patient Recovery U.S., LLC |

| Name of Limited Liability Company | Name Reservation Number (Optional) |
|---|---|

upon qualfication

Date business commenced (or proposed) in Georgia (NOTE: If date provided here is more than 30 days prior to the date the application is received by the Secretary of State, a $500 penalty plus fees must be paid. Penalty is statutory and cannot be waived by Secretary of State.)

2. Corporation Service Company

Name of Filing Person

| 2711 Centerville Road | Wilmington | DE | 19808 |
|---|---|---|---|
| Address | City | State | Zip Code |

| | 800-927-9801 |
|---|---|
| Filer's Email Address | Telephone Number |

3. KPR U.S., L.L.C.

Name of Limited Liability Company in State or Country of Formation

| DE | 03/23/2017 | perpetual |
|---|---|---|
| Jurisdiction (Home State or Country) | Date of Formation in Home State or Country | Period of Duration |

| 4. | 710 Medtronic Parkway | Minneapolis | MN | 55432 |
|---|---|---|---|---|
| | Address of Principal Place of Business | City | State | Zip Code |

5. Corporation Service Company                sop@cscglobal.com

| Name of Registered Agent in Georgia | Registered Agent's Email Address |
|---|---|

40 Technology Pkwy South, #300

Registered Office Street Address in Georgia (post office box or mail drop not acceptable for registered office address)

| Norcross | Gwinnett | GA | 30092 |
|---|---|---|---|
| City | County | State | Zip Code |

| 6. | Covidien LP | 15 Hampshire Street | Mansfield | MA | 02048 |
|---|---|---|---|---|---|
| | Manager's Name & Address (person with substantial responsibility for managing LLC's business activities) | | City | State | Zip Code |

| 7. | 710 Medtronic Parkway | Minneapolis | MN | 55432 |
|---|---|---|---|---|
| | Address Where Limited Liability Company's Records Are Maintained | City | State | Zip Code |

8. Effective Date: (Choose one) ✓ Upon filing    ☐ Delayed effective date and/or time: _____

(A delayed effective date must be within 90 days of the filing date.)

9. **NOTICE:** Mail the following items to the Secretary of State at the above address

    (1) This application;

    (2) The filing fee of $225.00 payable to "Secretary of State." Filing fees are non-refundable.

This application is signed by a person duly authorized to sign such instruments by the laws of the jurisdiction under which the foreign limited liability company is organized. The foreign limited liability company undertakes to keep its records at the address shown in #7 above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

| | 06/22/2017 |
|---|---|
| Signature of Authorized Person | Date |
| Anne M. Ziebell | Authorized Person |
| Print Name | Title |