Exhibit 5

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Amended Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 8/22/2023 4:45:34 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : KPR U.S., LLC |
| **CONTROL NUMBER** | : 23085613 |
| **BUSINESS TYPE** | : Foreign Limited Liability Company |
| **FILING TYPE** | : Amended Annual Registration |

## CURRENT INFORMATION ON FILE FOR PRINCIPAL ADDRESS, REGISTERED AGENT, AND OFFICERS

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 7000 Cardinal Place, Dublin, OH, 43017, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 106 COLONY PARK DRIVE, STE. 800-B, CUMMING, GA, 30040, USA |
| **REGISTERED OFFICE COUNTY** | : Forsyth |

## CHANGES TO THE ABOVE CURRENT INFORMATION ARE INDICATED BELOW

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 7000 Cardinal Place, Dublin, OH, 43017, USA |
| **REGISTERED AGENT NAME** | : The Corporation Company (FL) |
| **REGISTERED OFFICE ADDRESS** | : 106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040, USA |
| **REGISTERED OFFICE COUNTY** | : Forsyth |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Samantha McWatters, Assistant Secretary |
| **AUTHORIZER TITLE** | : Authorized Person |